## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIC WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-1419 SPM |
| | ) | |
| PAUL BLAIR, | ) | |
| | ) | |
| Respondent. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Petitioner has submitted an unsigned 28 U.S.C. § 2254 Petition in this action. *See* ECF No. 1 at 14. Under Federal Rule of Civil Procedure 11(a), every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court must strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Signature is also required by Rule 2(c)(5) of the Rules Governing Section 2254 cases in the United States District Courts which provides, in relevant part, that the petition must "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner." Similarly, the Local Rules of this Court also require that all filings be signed by the self-represented party or the party's attorney. E.D. Mo. L.R. 2.01(A)(1). As a result, the Court will order the Clerk to return the petition to Petitioner, so that Petitioner may sign and return it to the Court for filing. If Petitioner fails to comply with this Order, Petitioner's action will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Petitioner's petition to him.

**IT IS FURTHER ORDERED** that Petitioner shall sign the petition and return it to the Court within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, Petitioner's action shall be dismissed without prejudice.

                                                                                                             _____
                                                                                                             SHIRLEY PADMORE MENSAH
                                                                                                             UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of December, 2021.